UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-1181-WW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AKBA JIHAD JORDAN | ) | |

For good cause shown, the government's motion to postpone Defendant's initial appearance is hereby GRANTED. The government shall notify the United States Marshal and the Clerk's Office immediately following Defendant's discharge from hospitalization. Upon receiving such notification, the United States Marshal shall take custody of Defendant and the Clerk's Office shall schedule Defendant's initial appearance.

SO ORDERED.

This the  20th   day of March, 2014.

_____
WILLIAM A. WEBB
United States Magistrate Judge